# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Alonso Alvarez,<br>   Plaintiff,<br><br>v.<br><br>Rockford Police Dept, et al,<br>   Defendants. | Case No. 21 CR 50127<br><br>Judge Iain D. Johnston |

## ORDER

  Before the Court is Judge Jensen's Report and Recommendation [97] that defendant Max Mart be dismissed because the plaintiff's complaint contains no allegations about it and therefore does not state a plausible claim against it. Under 28 U.S.C. § 1915(e)(2)(B)(ii) a "court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim on which relief may be granted." The Report and Recommendation gave the plaintiff to 1/27/2022 to amend his complaint to attempt to state a plausible claim against Max Mart, but to date the plaintiff has not amended. The Report and Recommendation notified the plaintiff that he had to 1/21/2022 to file an objection under Federal Rule of Civil Procedure 72(b), but to date he has not objected. Because the Court agrees that the complaint does not state a plausible claim against defendant Max Mart, and in the absence of any objection by the plaintiff or amended allegations, the Court accepts the Report and Recommendation [97]. Defendant Max Mart is dismissed from this case, and the clerk is directed to terminate it as a party.

Date: February 10, 2022   By: _____
                 Iain D. Johnston
                 United States District Judge